UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WON S. PARK,<br><br>    Defendant. | Case No.: 2:13-cv-1738-APG-GWF |

## DEFAULT JUDGMENT

This matter coming on to be heard on Plaintiff's Motion for Default Judgment, the Court having determined that good cause exists for the entry of a default judgment,

IT IS HEREBY ORDERED that default judgment is entered in favor of the United States and against Defendant Won S. Park, in the amount of $39,746.96.

Dated: January 27, 2014.

_____
United States District Judge

9