UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WON S. PARK,

    Defendant.

Case No.: 2:13-cv-1738-APG-GWF

## DEFAULT JUDGMENT

This matter coming on to be heard on Plaintiff's Motion for Default Judgment, the Court having determined that good cause exists for the entry of a default judgment,

IT IS HEREBY ORDERED that default judgment is entered in favor of the United States and against Defendant Won S. Park, in the amount of $39,746.96.

Dated: January 27, 2014.

_____
United States District Judge

9